IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. DAILEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. 05-0397 |
| WILLIAM HESS, et al., | ) Chief Judge Ambrose ) Magistrate Judge Caiazza ) ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 14th day of September, 2005;

A rule was issued upon the Plaintiff to show good cause why he has not complied with this court's order dated August 24, 2005, which directed him to provide proper instructions, U.S. Marshal form 285 for service upon each Defendant, along with completed notice and waiver of summons forms, and copies of the Amended Complaint for each Defendant to the Clerk of Court, for the Western District of Pennsylvania. The rule was returnable by September 9, 2005. Having failed to show good cause and it being four months since the complaint was filed, IT IS HEREBY ORDERED that this case is dismissed.

September     ,2005

Donetta W. Ambrose
Chief U.S. District Court Judge

cc:
Francis X. Caiazza
Chief U.S. Magistrate Judge

Charles W. Dailey
154 West Pike Street
Canonsburg, PA 15317